1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2  SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3  BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
        Telephone: (415) 436-6996
6        Facsimile: (415) 436-6748
        benjamin.wolinsky@usdoj.gov
7
Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  PETER BYRNE,                          )  CASE NO. 3:20-cv-07478-JSC
                                          )
13        Plaintiff,                       )  **JOINT STATUS REPORT; [PROPOSED]**
                                          )  **ORDER**
14     v.                                 )
                                          )
15  U.S. OFFICE OF FOREIGN ASSETS         )
CONTROL,                                  )
16                                        )
        Defendant.                        )
17  _____  )

18        Pursuant to the Court's order (ECF 25), the parties submit the following joint report:

19        1.       On June 11, 2021, the U.S. Office of Foreign Assets Control ("OFAC") completed its

20  initial response and corresponding productions to the underlying FOIA request, save for outstanding

21  consultations to other agencies and other components.  Since then, OFAC has made two supplemental

22  productions, which reflect the resolution of two of those consultations.  OFAC has also provided an

23  updated, draft *Vaughn* index to reflect the latest response status.

24        2.       OFAC continues to work with the remaining agencies and components to resolve the

25  outstanding consultations.  However, the continued COVID-19 telework status, along with other

26  litigation obligations made upon the consulting agencies and components, have resulted in delays.

27        3.       By February 28, 2022, OFAC will provide plaintiff with a third supplemental production,

28  which will reflect the resolution of one of the remaining consultation responses.  OFAC will update its

1    draft *Vaughn* index at the same time.

2        4.      As OFAC receives the final consultation responses, it will provide an updated draft

3    *Vaughn* index incorporating each one.  If OFAC is able to resolve all outstanding consultations by

4    March 16, 2022, it intends to file a motion for summary judgment by May 27, 2022.

5        5.      Thus, the parties stipulate and propose that they file a joint status report by March 16,

6    2022.

7

8    DATED: February 11, 2022                 Respectfully submitted,

9                                         STEPHANIE M. HINDS
                                        United States Attorney

10

11                                         */s/ Benjamin J. Wolinsky*
                                        BENJAMIN J. WOLINSKY
                                        Assistant United States Attorney

12

13                                         Attorneys for Defendant

14

15    DATED: February 11, 2022                 DAVIS WRIGHT TREMAINE LLP

16                                         */s/ Thomas R. Burke*[1]
                                        THOMAS R. BURKE

17

18                                         Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28        [1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

JOINT STATUS REPORT; [PROPOSED] ORDER
3:20-CV-07478-JSC

1    **[PROPOSED] ORDER**

2    Pursuant to the stipulation of the parties, it is hereby ordered that:

3    1.    The parties will provide the Court with a joint statement by March 16, 2022.

4

5    IT IS SO ORDERED.

6

7    DATED:___February 11, 2022___

8    HON. JACQUELINE SCOTT CORLEY
9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT; [PROPOSED] ORDER
3:20-CV-07478-JSC